NUMBER 13-05-100-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________________ _

JOHN BRADLEY ICKES,                                                     Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________ 

On appeal from the 182nd District Court 
of Harris County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, JOHN BRADLEY ICKES, attempted to perfect an appeal from an order
denying DNA testing entered by the 182nd District Court of Harris County, Texas. 
The order from which this appeal is taken was signed on November 16, 2004. No
timely motion for new trial was filed. The notice of appeal was due to be filed on
December 16, 2004, but was not filed until December 30, 2004. Said notice of
appeal is untimely filed. 
         Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension
of time for filing notice of appeal if such notice is filed within fifteen days of the last
day allowed and within the same period a motion is filed in the court of appeals
reasonably explaining the need for such extension. Appellant failed to file his notice
of appeal and a motion requesting an extension of time within such period. 
         The Court, having considered the documents on file and appellant's failure to
timely perfect his appeal, is of the opinion that the appeal should be dismissed for
want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
 
                                                                                          PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed 
this the 21st day of April, 2005.